# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LAKESHA GOINS,

    Plaintiff,

v.                                                                            Case No: 8:21-cv-1214-CEH-AEP

ORION PORTFOLIO SERVICES,
LLC and TRUEACCORD CORP.,

    Defendants.
_____/

## ORDER

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on June 4, 2021, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 11). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

    1.    This action is dismissed, with prejudice.

    2.    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on August 10, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any